

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **V.** § § | **CASE NO. 9:00-CR-40** |
| **LINCOLN WATTS** § § | |

## MEMORANDUM ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(I) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of Defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Plea of True* [Clerk's doc. #36]. The magistrate judge recommended that the Court revoke Defendant's supervised release and impose a term of imprisonment for the revocation, with a new term of supervision to follow.

The parties have not objected to Judge Giblin's report. Accordingly, after review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation on Plea of True* [Clerk's doc. #36] of the United States Magistrate Judge are **ADOPTED.** The Court finds that Defendant, Lincoln Watts, violated conditions of his supervised release. The Court, therefore, **REVOKES** his term of supervision. Pursuant to the magistrate judge's recommendation, the Court **ORDERS** Defendant to serve a term of six (6) months imprisonment for the revocation, with a new twenty-four (24) month term of supervised release to follow. The conditions of the new supervision term will be set forth in a separate revocation judgment. Pursuant to Judge Giblin's recommendation, this Court also recommends that Mr. Watts be placed in a correctional facility near Nacogdoches, Texas, if possible.

**SIGNED** this the **26** day of **September, 2006.**

_____
Thad Heartfield
United States District Judge